

Honorable Bruce A. Markell
United States Bankruptcy Judge

Entered on Docket
July 03, 2013

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
JEFFREY A. COGAN, ESQ., LTD.
6900 Westcliff Drive, Suite 602
Las Vegas, Nevada 89145
Telephone:    (702) 474-4220
Facsimile:    (702) 474-4228
Email: jeffrey@jeffreycogan.com
Attorney for Chapter 7 Debtor Gregor Kohn

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | BK-S-12-22040-BAM |
| GREGOR KOHN, | Chapter 7 |
|     Chapter 7 Debtor. | Date of Hearing: June 28, 2013<br>Time of Hearing: 11:00 a.m. |

**ORDER GRANTING DEBTOR GREGOR KOHN'S MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON DEBTOR'S REAL AND PERSONAL PROPERTY**

THIS MATTER, having come on for hearing on the 28th day of June, 2013, Debtor Gregor Kohn not appearing but being represented by counsel, Jeffrey A. Cogan, Esq., the Court having set this hearing by Order on a shortened time, having reviewed the pleadings on file herein and having determined that Notice was given as required by law, having taken oral argument and good cause appearing therefore:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Debtor Gregor Kohn's Motion to Compel Chapter 7 Trustee to Abandon Debtor's Real and Personal Property is granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Chapter 7 Trustee, Dotan Y. Melech is hereby determined to have abandoned the Estate's interest in the real property, pursuant to 11 U.S.C. § 554(b), in the property located at 11030 S.W. 54th Street, Davie, Florida 33328 and more particularly described as:

> FLA FRUIT LANDS CO SUB NO 1 2-17 D 31-50-41 TR 48 W 146.67 OF E 880.01 LESS N 25 FOR RD
>
> APN:  5041 31 01 0678

in favor of Debtor Gregor Kohn.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Chapter 7 Trustee, Dotan Y. Melech is hereby determined to have abandoned the Estate's interest in the Debtor, Gregor Kohn's marital interest in the personal property of Robin Berry Kohn, pursuant to 11 U.S.C. § 554(b), in the 2010 BMW 550i, $50 of jewelry and if there any financial accounts, including bank accounts and retirement accounts titled in Robin Berry Kohn's name, in favor of Debtor Gregor Kohn.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Debtor Gregor Kohn may avail himself to all rights pertaining to the ownership of the aforementioned property.

**IT IS SO ORDERED.**

Respectfully submitted by:
JEFFREY A. COGAN, ESQ., LTD.

/s/ Jeffrey A. Cogan
Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
6900 Westcliff Drive, Suite 602
Las Vegas, Nevada 89145
Attorney for Debtor Gregor Kohn

Chapter 7 Trustee

/s/ No response – Order filed
Dotan Y. Melech
Federal Bankruptcy Trustee
9030 West Sahara Avenue, Suite 467
Las Vegas, Nevada  89117

**ALTERNATIVE METHOD re: LR 9021**:

   In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under LR 9021(b)(1).
☐ No party appeared at the hearing or filed an objection to the motion.
☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below
[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

   Counsel appearing:   Jeffrey A. Cogan, Esq., Attorney for Debtor – Approved

   Unrepresented parties:  None

   Chapter 7 Trustee: Dotan Y. Melech – No Appearance, No Objection, No Further Service Required.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
JEFFREY A. COGAN, ESQ., LTD.

/s/ Jeffrey A. Cogan
Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569

# # #